# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **DANIEL DELANE COOK,** | : |
| Petitioner, | : |
| VS. | : CIVIL NO. 3:23-CV-78-CDL-CHW |
| Warden **EDWARD PHILBEN,** | : |
| Respondent. | : |

## ORDER

*Pro se* Petitioner Daniel Delane Cook, an inmate currently confined in the Augusta State Medical Prison in Grovetown, Georgia, has filed a document in which he appears to request that the Court enter an "order authorizing the district court to consider a second state habeas" to "prevent a miscarriage of justice." Mot. 1, ECF No. 1. This Court has authority only to hear federal habeas corpus actions. Petitioner's motion (ECF No. 1) is therefore **DENIED.** If Petitioner wishes to proceed with this case as a federal habeas corpus action challenging a state conviction pursuant to 28 U.S.C. § 2254, he must recast his petition using the Court's standard form and submit it—with either payment of the $5.00 filing fee or a motion for leave to proceed *in forma pauperis*—within **FOURTEEN (14) DAYS** of the date shown on this Order. The Clerk is **DIRECTED** to mail Petitioner copies of the appropriate forms for this purpose, marked with the case number of the above-captioned action.

Petitioner is also instructed to notify the Court in writing of any change in his mailing address.  **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.**  There will be no service of process in this case until further order.

**SO ORDERED**, this 4th day of August, 2023.

s/ Charles H. Weigle  
Charles H. Weigle  
United States Magistrate Judge